```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2019
```

# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

December 9, 2019

**Via ECF**

The Honorable Analisa Torres
United States District Court
For the Southern District of New York
500 Pearl Street, 15D
New York, NY 10007

Re: *Dominguez v. The Gap, Inc.*, 1:19-cv-10167-AT
**Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Torres:

We represent defendant The Gap, Inc. ("Defendant") in the above-referenced action. Pursuant to Rules I(A) and I(C) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Yovanny Dominguez ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from December 11, 2019 to January 27, 2020. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

GRANTED in part, DENIED in part. By **January 17, 2020**, Defendant shall answer or otherwise respond to the complaint.

SO ORDERED.

Dated: December 10, 2019
New York, New York

ANALISA TORRES
United States District Judge