# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

December 18, 2019

<u>Via ECF</u>

The Honorable Analisa Torres
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Dominguez v. The Gap, Inc.,* **No. 1:19-cv-10167-AT**
        **Request to Adjourn Initial Conference**

Dear Judge Torres:

We represent defendant The Gap, Inc. ("Defendant") in the above-referenced action. Pursuant to Rules I(B) and I(C) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Yovanny Dominguez ("Plaintiff") respectfully to request that the Court adjourn the initial conference scheduled for January 8, 2020 at 10:30 a.m. to a date and time after that is convenient to the Court that is at least two weeks after Defendant's time to respond to the Complaint (i.e., after January 17, 2020).  This is Defendant's first request to adjourn the initial conference. Defendant previously requested to extend its time to respond to the Complaint, which the Court granted on December 10, 2019.

In support of this request, counsel for Defendant states that, if granted, this adjournment will permit counsel to prepare Defendant's response to the Complaint and file that response prior to preparing and submitting the required pre-conference submissions (which are currently due just after the New Year's holiday) and appearing before the Court.  If granted, this adjournment will not affect any other date scheduled in this action.  As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ *Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

GRANTED in part, DENIED in part.  The initial pretrial conference scheduled for January 8, 2020 is ADJOURNED to **January 16, 2020**, at **12:20 p.m.**  By **January 9, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: December 19, 2019
    New York, New York

_____
ANALISA TORRES
United States District Judge

09.6000
09.6001