USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2020

# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

January 8, 2020

**Via ECF**

The Honorable Analisa Torres
United States District Court
For the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Dominguez v. The Gap, Inc.,* **No. 1:19-cv-10167-AT**
**Request to Reschedule Initial Conference**

Dear Judge Torres:

We represent defendant The Gap, Inc. ("Gap") in the above-referenced action. We write, pursuant to Rule I(B) of Your Honor's Individual Practices and with the consent of counsel for plaintiff Yovanny Dominguez ("Plaintiff"), respectfully to request that the Court adjourn the initial conference scheduled for January 16, 2020, at 12:20 PM to January 21, 2020 at or around 11:40 AM, when counsel for both parties also are scheduled to appear before Your Honor for an initial conference in the matter of *Mendez v. Ann Inc.*, No. 1:19-cv-10623-AT. In support of this request, undersigned counsel for Gap states that co-counsel for Gap must travel from Florida to attend both conferences. If granted, this request will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ *Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

GRANTED. The initial pretrial conference scheduled for January 16, 2020 is ADJOURNED to **January 21, 2020**, at **11:00 a.m.** No other deadlines are adjourned.

SO ORDERED.

Dated: January 8, 2020
New York, New York

ANALISA TORRES
United States District Judge